HENRY S. CHITTICK, Appellant, v. THOMPSON HILL DEVELOPMENT CORPORATION, BESSIE ROSENSON and Others, Respondents, and Others, Defendants. (Action No. 1.)  HENRY S. CHITTICK, Appellant, v. THOMPSON HILL DEVELOPMENT CORPORATION, BESSIE ROSENSON and Others, Respondents, and Others, Defendants.  (Action No. 2.) — Motion for reargument denied.  The following phrase in the opinion* " indexing is no part of the record " is incorrect.  (Real Prop. Law, § 316.) †  The laches of the moving party, however, preclude the granting of a reargument; the reason given for failing to move in accordance with rule 19‡ being insufficient to warrant this court in disturbing the decision heretofore made.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

COLD SPRING LIGHT, HEAT AND POWER COMPANY, Appellant, v. CHARLES M. SELLECK and Others, Village Trustees of the Village of Cold Spring, Respondents. (Actions Nos. 1 and 2, Consolidated.) — Motion for leave to appeal to the Court of Appeals granted; the following questions to be certified: 1. Has the court power upon this motion to order the plaintiff to pay to the defendants the amount of their expenses incurred in removing plaintiff's poles and wires?  2. Has the court power upon this motion to direct that judgment be entered in favor of the defendants and against the plaintiff for the amount of defendants' expenses incurred in removing plaintiff's poles and wires?  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JAMES A. CRILLEY, Respondent, v. ANTON NELSON, Appellant.— Motion to dismiss appeal denied and case ordered on the calendar upon condition that appellant pay respondent forthwith the twenty dollars costs heretofore granted to respondent; otherwise, motion granted, with ten dollars costs.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

IDA FOYE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ANTONIO GAETA, Respondent, v. JULIUS GARGANO and Others, Defendants, and CONRAD SCHNEIDER, Appellant.— Motion for reargument denied, with ten dollars costs.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HENRY A. GUBNER and MABEL C. GUBNER, Suing for the Benefit of DAVIS REALTY & CONSTRUCTION Co., INC., Appellants, v. LESTER H. PILLION and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

MILLARD L. HEYMANN, Respondent, v. BROOKLYN FURNITURE COMPANY, Respondent, and PYLE-GRAY REAL ESTATE Co., INC., and LEONARD S. GANS Co., INC., Impleaded, Appellants.— Motion to dismiss appeal denied; case ordered placed on the March calendar.  Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

* See 230 App. Div. 410, 414.— [REP.  † Amd. by Laws of 1924, chap. 582.— [REP.  ‡ See App. Div. Rules, 2d Dept. rule 19.— [REP.